**James Chester PERKINS,**
**Plaintiff—Appellant,**

v.

**Douglas ORR, III; Unknown Deputy 1; Unknown Deputy 2; Unknown Deputy 3; Horry's Wrecker Service; Tow Truck Driver; Director of Detention Facility; Jailer; Jasper County Sheriff; John Doe 1–20, Defendants—Appellees.**

No. 04–1981.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 17, 2004.

Decided: Jan. 13, 2005.

James Chester Perkins, Appellant pro se.

Before LUTTIG and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James Chester Perkins appeals the district court's order substantially accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Perkins v. Orr*, No. CA–04–835–9–8 (D.S.C. July 1, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*